**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00329-CR**
_____

**MICHAEL JAMES MILSON JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-17438**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, Appellant pleaded guilty to possession of a controlled substance, specifically, more than 400 grams of codeine. *See* Tex. Health & Safety Code Ann. § 481.118(e). In cause number 13-17438, the trial court found the evidence sufficient to find Appellant guilty of possession of this controlled substance but deferred further proceedings and placed Appellant on community supervision for ten years.

1

Subsequently, prior to the expiration of the term of community supervision, the State filed a motion to revoke Appellant's community supervision. In response to this motion, Appellant pleaded "true" to violating certain terms of the community supervision order. After conducting an evidentiary hearing, the trial court found that the evidence was sufficient to find that Appellant violated those terms of his community supervision. The trial court revoked Appellant's community supervision, found him guilty of possession of a controlled substance, and assessed punishment at ten years of confinement.

Appellant's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous; he also filed a motion to withdraw. *See Anders v. California*, 386 U.S. 738, (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On December 15, 2021, we notified Appellant of his right to file a pro se brief and notified him of the deadline for doing so, but we received no response from Appellant.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford*

2

*v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

    AFFIRMED.


_____
CHARLES KREGER
Justice

Submitted on April 8, 2022
Opinion Delivered May 18, 2022
Do Not Publish

Before Kreger, Horton and Johnson, JJ.

---

[1] Appellant may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.